IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                  :

            Plaintiff                                        :

    v.                                                       : CIVIL ACTION NO. 06-523

C. COLEMAN BUNTING,                             :
a/k/a "C. Coleman Bunting, Sr.,
                                       :

           Defendant

## RETURN OF SERVICE

TO THE CLERK:
United States District Court
District of Delaware

    Please find attached Acknowledgment of Service of the Summons and Complaint on the above-captioned case.

                                 COLM F. CONNOLLY
                                 United States Attorney

                                 Patricia C. Hannigan
                                 Assistant United States Attorney
                                 Delaware Bar I.D. No. 2145
                                 The Nemours Building
                                 1007 Orange Street, Suite 700
                                 P. O. Box 2046
                                 Wilmington, DE 19899-2046
                                 (302) 573-6277

Date: October 30, 2006

☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   DELAWARE

UNITED STATES OF AMERICA,
   Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

C. COLEMAN BUNTING,
a/k/a "C. Coleman Bunting, Sr.,
   Defendant

CASE NUMBER:   0 6 - 5 2 3

TO: (Name and address of Defendant)

C. COLEMAN BUNTING
3 DORCHESTER STREET
OCEAN CITY, MD 21842

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

UNITED STATES ATTORNEY'S OFFICE
ATTN: PATRICIA C. HANNIGAN
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**     8/24/06
CLERK                  DATE

_E. Shickli_ (signature)
(By) DEPUTY CLERK

CASE # 06-523

☐ AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | OCTOBER 4, 2006 @ 6:20 AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DOUGLAS S. CYMEK | PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1506 TEAL DRIVE, OCEAN CITY MARYLAND 21842

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/06
           Date

Signature of Server

Address of Server: 10031 OLD OCEAN CITY BLVD #201
BERLIN, MD 21811
410-641-1300

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.