IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 06-523 |
| C. COLEMAN BUNTING, a/k/a "C. Coleman Bunting, Sr., | : | |
| Defendant | : | |

**TO THE CLERK**
United States District Court
For the District of Delaware

Please enter default for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure in accordance with the attached declaration.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

October 31, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :

    Plaintiff, :

    v. : CIVIL ACTION NO. 06-523

C. COLEMAN BUNTING, :
a/k/a "C. Coleman Bunting, Sr.,
     :

    Defendant

DECLARATION IN SUPPORT OF
DIRECTION FOR ENTRY OF DEFAULT

Reneé A. Austin, Paralegal Specialist in the Office of the United States Attorney for the District of Delaware, under penalty of perjury, declares that the following is true and correct:

1. That the defendant was served with a copy of the Complaint in the above case personally by Douglas S. Cymek, process server, as shown by the return of service as of record.

2. That the defendant has failed to plead or otherwise defend.

3. That the defendant is not in the military service of the United States, nor is he an infant or incompetent person.

4. That the defendant is indebted to the United States in the amount of $125,551.00, plus interest in the amount of $439,097.04, for a total principal indebtedness of $564,648.04.

*/s/ Reneé A. Austin*
Reneé A. Austin
Paralegal Specialist

October 31, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :

      Plaintiff,                                  :

  v.                                                       :          CIVIL ACTION NO. 06-523

C. COLEMAN BUNTING,                  :
a/k/a "C. Coleman Bunting, Sr.,
                                                       :

      Defendant.

### ORDER ENTERING DEFAULT

AND NOW, TO WIT, THIS _____ DAY OF _____, 2006, it appearing from the Declaration of Reneé A. Austin, Paralegal Specialist, filed herein, that the above named defendant having to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and the plaintiff having requested the entry of a default, it is,

ORDERED, in accordance with Rule 55(a), Fed.R.Civ.P. that a default be and the same hereby is entered against the defendant.

 

_____
Deputy Clerk, U.S. District Court