IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :

       Plaintiff,                          :

  v.                                    :           CIVIL ACTION NO. 06-523

C. COLEMAN BUNTING,                  :
a/k/a "C. Coleman Bunting, Sr."

                         :

       Defendant

## REQUEST FOR CLERK'S ENTRY OF JUDGMENT BY DEFAULT

Plaintiff, United States of America, requests the clerk to enter Judgment by Default against the defendant and in favor of plaintiff, pursuant to Rule 55(b)(1), and in support thereof avers as follows:

1. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and at the request of counsel for plaintiff, the Clerk has entered default against the defendant, who has failed to appear, to plead or otherwise to defend, as was fully shown by the declaration filed in support of plaintiff's Request for Entry of Default. See Attachment 1.

2. The United States has no reason to believe defendant is an incompetent person, nor is he an infant nor in the military service of the United States.

3. Plaintiff is entitled to judgment as sought in its Complaint as is more fully shown by the Declaration filed herewith. See Attachment 2.

WHEREFORE, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, plaintiff requests that the Clerk enter Judgment by default against the defendant and in favor of plaintiff as follows:

(a)  That the premises of 3 Dorchester Street, Ocean City, Maryland 21842, subject to the mortgage upon which this action is brought, lying and being situated in Worcester County, Maryland, may be decreed to be sold according to law, and the mortgage be foreclosed.

(b)  That the amount due plaintiff by the defendant on the Promissory Note and Real Estate Mortgage may be adjudged to be the sum in the principal amount of $125,551.00 plus interest in the amount of $451,525.49 as of March 15, 2007, for a total indebtedness of $577,076.49 as of this date, with interest accruing at the daily rate of $50.7284%.

(c)  That the monies arising from said sale be brought into Court.

(d)  That the plaintiff be paid the amount adjudged due the plaintiff with interest thereon to the time of such payment, together with costs and expenses of this action and the expenses of said sale.

(e)  That the plaintiff shall have such other and further relief in the premises as shall be just and equitable.

COLM F. CONNOLLY
United States Attorney

BY: _____
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington,  DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

March 19, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              :

        Plaintiff,                    :

      v.                              :        CIVIL ACTION NO. 06-523

C. COLEMAN BUNTING,                    :
a/k/a "C. Coleman Bunting, Sr.,
                                       :
        Defendant

## DECLARATION IN SUPPORT OF
## DIRECTION FOR ENTRY OF DEFAULT

Reneé A. Austin, Paralegal Specialist in the Office of the United States Attorney for the

District of Delaware, under penalty of perjury, declares that the following is true and correct:

1. That the defendant was served with a copy of the Complaint in the above case personally

by Douglas S. Cymek, process server, as shown by the return of service as of record.

2. That the defendant has failed to plead or otherwise defend.

3. That the defendant is not in the military service of the United States, nor is he an infant

or incompetent person.

4. That the defendant is indebted to the United States in the amount of $125,551.00, plus

interest in the amount of $439,097.04, for a total principal indebtedness of $564,648.04.

                           Reneé A. Austin
                           Paralegal Specialist

October 31, 2006



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            :

        Plaintiff,            :

  v.            :            CIVIL ACTION NO. 06-523

C. COLEMAN BUNTING,            :
a/k/a "C. Coleman Bunting, Sr."

                :

        Defendant

## DECLARATION IN SUPPORT OF REQUEST
## FOR CLERK'S ENTRY OF JUDGMENT BY DEFAULT

Reneé A. Austin, Paralegal Specialist in the Office of the United States Attorney for the

District of Delaware, under penalty of perjury, declares that the following is true and correct:

1. Default in this matter was entered by the Clerk of the Court on February 27, 2007,

pursuant to Rule 55(a), Federal Rules of Civil Procedure, upon application of plaintiff for failure of

defendant to appear or defend as provided by the rules of the Court.

2. Defendant remains in default of the Promissory Note and Real Estate Mortgage held by

plaintiff, having failed to pay the entire amount of indebtedness owed to plaintiff.

3. Plaintiff has no reason to believe defendant is incompetent, nor is the defendant a minor

nor in the military service of the United States.

4. There is now fully due and owing on defendants' Promissory Note and Mortgage, none

of which has been paid, the principal amount of $125,551.00 plus interest in the amount of



$451,525.49 as of March 15, 2007, for a total indebtedness of $577,076.49 as of this date, with interest accruing at the daily rate of $50.7284%.

Reneé A. Austin
Paralegal Specialist

March 19, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :

            Plaintiff,                             :

      v.                                                  :          CIVIL ACTION NO. 06-523

C. COLEMAN BUNTING,                          :
a/k/a "C. Coleman Bunting, Sr."

           Defendant                          :

## CLERK'S ENTRY OF JUDGMENT BY DEFAULT

AND NOW to wit this _____ day of _____, 2007, the Plaintiff, United States of America, filed a Request to Enter Default Judgment pursuant to Fed.R.Civ.P. 55(b)(1),

It appearing from the Declaration of Reneé A. Austin, attached to Plaintiff's Request, the Judgment amount due in the principal amount of $125,551.00 plus interest in the amount of $451,525.49 as of March 15, 2007, for a total indebtedness of $577,076.49, with interest accruing at the daily rate of $50.7284%.

Now therefore, IT IS ORDERED, in accordance with Federal Rule of Civil Procedure 55(b)(1) that Judgment by Default be and hereby is ENTERED in favor of Plaintiff and against defendant C. Coleman Bunting, a/k/a "C. Coleman Bunting, Sr.," in the principal amount of $125,551.00 plus interest in the amount of $451,525.49 as of March 15, 2007, for a total indebtedness of $577,076.49, with interest accruing at the daily rate of $50.7284%.

PETER T. DALLEO, CLERK

By:_____
               Deputy Clerk