IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 06-523 |
| C. COLEMAN BUNTING,<br>a/k/a "C. Coleman Bunting, Sr." | : | |
| | : | |
| Defendant | | |

### CERTIFICATE OF SERVICE

TO THE CLERK:
United States District Court
District of Delaware

I hereby certify that a copy of the foregoing Request for Clerk's Entry of Judgment by Default were served on the defendant, **C. Coleman Bunting, a/k/a "C. Coleman Bunting, Sr.,"** by first class mail, March 20, 2007, addressed to:

**C. Coleman Bunting**
3 Dorchester Street
Ocean City, MD 21842

COLM F. CONNOLLY
United States Attorney

/s/ Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov