IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :   CIVIL ACTION NO. 06-523

C. COLEMAN BUNTING, :
a/k/a "C. Coleman Bunting, Sr."
                                :

    Defendant

## CLERK'S ENTRY OF JUDGMENT BY DEFAULT

AND NOW to wit this 25th day of July, 2007, the Plaintiff, United States of America, filed a Request to Enter Default Judgment pursuant to Fed.R.Civ.P. 55(b)(1),

It appearing from the Declaration of Reneé A. Austin, attached to Plaintiff's Request, the Judgment amount due in the principal amount of $125,551.00 plus interest in the amount of $451,525.49 as of March 15, 2007, for a total indebtedness of $577,076.49, with interest accruing at the daily rate of $50.7284%.

Now therefore, IT IS ORDERED, in accordance with Federal Rule of Civil Procedure 55(b)(1) that Judgment by Default be and hereby is ENTERED in favor of Plaintiff and against defendant C. Coleman Bunting, a/k/a "C. Coleman Bunting, Sr.," in the principal amount of $125,551.00 plus interest in the amount of $451,525.49 as of March 15, 2007, for a total indebtedness of $577,076.49, with interest accruing at the daily rate of $50.7284%.

                                                  PETER T. DALLEO, CLERK

                                                  By: _____
                                                           Deputy Clerk