UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>C. COLEMAN BUNTING,<br>a/k/a "C. Coleman Bunting, Sr.,<br>        Defendant. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 06-523-JJF<br>:<br>:<br>:<br>: |

**AMENDED MOTION TO CONFIRM SALE**

Comes now the Plaintiff, by counsel, and moves the Court to confirm the sale of the property in the above-captioned cause.

In support of this motion, the Plaintiff shows the Court that the sale of the property was held, pursuant to the judgment and decree of foreclosure entered by the Court in this cause, by the United States Marshal on January 8, 2008, for the sum of $384,000.00.

WHEREFORE, the Plaintiff, by counsel, moves the Court to confirm the sale of the property in the above-captioned cause.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /Patricia Hannigan/ /SMB
Patricia C. Hannigan
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 06-523-JJF |
| C. COLEMAN BUNTING, a/k/a "C. Coleman Bunting, Sr., Defendant. | : |

## AMENDED ORDER CONFIRMING SALE

This matter having come before the Court to confirm the sale of the property in the above-captioned cause, and it appearing to the Court that the United States Marshal has filed his affidavit of publication and report of sale in the proper form,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the sale of the property located in Sussex County, Delaware, identified as <u>TRACT NO. 6</u> in a mortgage dated October 21, 1981, recorded on October 21, 1981, in Book 619, Page 177 of the land records of Sussex County, Delaware, and described as follows:

> ALL that certain piece, parcel or tract of land lying and being situated in Baltimore Hundred, Sussex County and State of Delaware, bounded and described as follows, to wit:
>
> BEGINNING at a sasafras stake in woods corner for lands now or formerly of Gora Bunting and James Carey, running North 41-2/5 degrees West 998 feet to center of bridge across outlet road thence down ditch with land now or formerly of Chester A. Lynch North 62-1/4 degrees East 259 feet North 58 degrees East 717 feet to intersection of two ditches and land now or formerly of Gardner Bunting thence with said Bunting land about South 62-1/4 degrees East 960 feet to a stone settled in ground thence South 52-1/4 degrees West 1295 feet, home, containing 23.6 acres, more or less, and said C. Coleman Bunting is to have an outlet down the old outlet road as it now is.
>
> BEING the same land conveyed to C. Coleman Bunting, Sr. By deed of Marion E.

Bunting and Chester F. Bunting, her husband, dated the 1st day of July, A.D. 1977, of record in the Office of the Recorder of Deeds, Georgetown, Delaware, in Deed Book 856, page 57.

by the United States Marshal, to the United States of America, acting through Farm Service Agency (FSA), United States Department of Agriculture, for the sum of $384,000.00, is HEREBY APPROVED AND CONFIRMED.

IT IS FURTHER ORDERED that the United States Marshal deliver to the purchaser a Marshal's Deed for the above described property.

DATED:_____                    _____
                                                HONORABLE JOSEPH J. FARNAN, JR.
                                                       District of Delaware

Copy to:

Patricia C. Hannigan, Assistant U.S. Attorney
U.S. Marshal's Service
C. Coleman Bunting

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 06-523-JJF |
| C. COLEMAN BUNTING, a/k/a "C. Coleman Bunting, Sr., Defendant. | : |

### REPORT OF SALE BY UNITED STATES MARSHAL

To:   The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
District of Delaware

Under this Court's foreclosure Decree dated October 22, 2007, I, the undersigned United States Marshal for the District of Delaware, gave notice of the sale of the property described in said decree by causing a notice of sale to be published in The Sussex Countian, a newspaper of general circulation published in Sussex County, Delaware, where the real estate to be sold is located, once a week for four consecutive weeks. The date of the first publication was December 11, 2007. The published notice fixed the sale date as January 8, 2008, at 11:30 a.m. at the door of the Sussex County Courthouse, Georgetown, Delaware.

I further report that the undersigned through a Deputy United States Marshal, attended at the time and place fixed for sale, offered said property for sale to the highest bidder upon the terms and conditions set forth in the decree and stated in the notice. Said property opened with a bid of $384,000.00 by Farm Service Agency (FSA), United States Department of Agriculture, and at the conclusion of the sale, no one had a bid higher than the opening bid by FSA. Said property was returned to FSA.

WHEREFORE, the undersigned prays that the Court confirm and approve this return and report of sale.

*[signature: David W. Thomas]*
DAVID W. THOMAS
United States Marshal

## UNITED STATES MARSHAL'S DEED

**WHEREAS**, on September 26, 2007, the United States District Court for the District of Delaware in Civil Action No. 06-523-JJF, entered a decree of foreclosure and sale on complaint of the United States of America, for the indebtedness of C. Coleman Bunting, a/k/a "C. Coleman Bunting, Sr., in the amount of $564,648.04 plus interest and costs of said suit, and ordered the sale of the real estate hereinafter described by Marshal's Deed, as more fully appears by the record of said Court; and

**WHEREAS**, on the above-said date copies of said decree, duly certified by the Clerk of the United States District Court, were issued from said District Court and directed to said United States Marshal commanding him that, after due and legal notice of the time and place of selling the same, he should sell the land hereinafter described according to the terms of the decree to pay and satisfy the aforesaid indebtedness with the interest and costs thereon; and that he should in like manner make all accruing costs thereon; and

**WHEREAS**, said copies of the decree came into the hands of said United States Marshal, who, after advertising the sale according to the law, did on January 8, 2008, at 11:30 a.m. at the Sussex County Courthouse door in Georgetown, Delaware, at public auction, offer the fee simple title to said real property and the United States of America, acting through Farm Service Agency (FSA), United States Department of Agriculture (hereinafter Purchaser), bid the sum of $384,000.00 therefore, being the highest and only bid by FSA, and said United States Marshal did sell to Purchaser the fee simple title of said real property.

**NOW, THEREFORE**, I, David W. Thomas, United States Marshal for the District of Delaware, for and in consideration of the above stated sum by these presents do

grant, quitclaim and convey unto said Purchaser all of the following real property located in Sussex County, Delaware, identified as <u>TRACT NO. 6</u> in a mortgage dated October 21, 1981, recorded on October 21, 1981, in Book 619, Page 177 of the land records of Sussex County, Delaware, to wit:

> ALL that certain piece, parcel or tract of land lying and being situated in Baltimore Hundred, Sussex County and State of Delaware, bounded and described as follows, to wit:
>
> BEGINNING at a sasafras stake in woods corner for lands now or formerly of Gora Bunting and James Carey, running North 41-2/5 degrees West 998 feet to center of bridge across outlet road thence down ditch with land now or formerly of Chester A. Lynch North 62-1/4 degrees East 259 feet North 58 degrees East 717 feet to intersection of two ditches and land now or formerly of Gardner Bunting thence with said Bunting land about South 62-1/4 degrees East 960 feet to a stone settled in ground thence South 52-1/4 degrees West 1295 feet, home, containing 23.6 acres, more or less, and said C. Coleman Bunting is to have an outlet down the old outlet road as it now is.
>
> BEING the same land conveyed to C. Coleman Bunting, Sr. By deed of Marion E. Bunting and Chester F. Bunting, her husband, dated the 1st day of July, A.D. 1977, of record in the Office of the Recorder of Deeds, Georgetown, Delaware, in Deed Book 856, page 57.

_____
DAVID W. THOMAS
United States Marshal