Filed in Open Court this 7th day of February, 2008.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 06-523-JJF |
| C. COLEMAN BUNTING, a/k/a "C. Coleman Bunting, Sr., Defendant. | : |

### AMENDED ORDER CONFIRMING SALE

This matter having come before the Court to confirm the sale of the property in the above-captioned cause, and it appearing to the Court that the United States Marshal has filed his affidavit of publication and report of sale in the proper form,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the sale of the property located in Sussex County, Delaware, identified as <u>TRACT NO. 6</u> in a mortgage dated October 21, 1981, recorded on October 21, 1981, in Book 619, Page 177 of the land records of Sussex County, Delaware, and described as follows:

> ALL that certain piece, parcel or tract of land lying and being situated in Baltimore Hundred, Sussex County and State of Delaware, bounded and described as follows, to wit:
>
> BEGINNING at a sasafras stake in woods corner for lands now or formerly of Gora Bunting and James Carey, running North 41-2/5 degrees West 998 feet to center of bridge across outlet road thence down ditch with land now or formerly of Chester A. Lynch North 62-1/4 degrees East 259 feet North 58 degrees East 717 feet to intersection of two ditches and land now or formerly of Gardner Bunting thence with said Bunting land about South 62-1/4 degrees East 960 feet to a stone settled in ground thence South 52-1/4 degrees West 1295 feet, home, containing 23.6 acres, more or less, and said C. Coleman Bunting is to have an outlet down the old outlet road as it now is.
>
> BEING the same land conveyed to C. Coleman Bunting, Sr. By deed of Marion E.

Bunting and Chester F. Bunting, her husband, dated the 1st day of July, A.D. 1977, of record in the Office of the Recorder of Deeds, Georgetown, Delaware, in Deed Book 856, page 57.

by the United States Marshal, to the United States of America, acting through Farm Service Agency (FSA), United States Department of Agriculture, for the sum of $384,000.00, is

HEREBY APPROVED AND CONFIRMED.

IT IS FURTHER ORDERED that the United States Marshal deliver to the purchaser a Marshal's Deed for the above described property.

DATED: February 7, 2008

_____
HONORABLE JOSEPH J. FARNAN, JR.
District of Delaware

Copy to:

Patricia C. Hannigan, Assistant U.S. Attorney
U.S. Marshal's Service
C. Coleman Bunting